IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AM/NS CALVERT LLC, etc., | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0310-WS-B |
| | ) |
| PSL, LTD., | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

The plaintiff has filed an application for entry of default. (Doc. 11). "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend," it is subject to entry of default. Fed. R. Civ. P. 55(a). But a defendant is under no obligation to plead or otherwise defend until and unless it is "served with the summons and complaint." *Id*. Rule 12(a)(1)(A)(i); *accord Securities and Exchange Commission v. Wright*, 261 Fed. Appx. 259, 261 (11th Cir. 2008). Thus, "[b]efore a default can be entered, … the party must have been effectively served with process." 10 Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 2682 at 14 (3rd ed. 1998). And when service of process is at issue, "it [i]s proper for the court rather than the clerk to consider [the plaintiff's] request" for entry of default. *Sandoval v. Bluegrass Regional Mental Health – Mental Retardation Board*, 2000 WL 1257040 at *5 (6th Cir. 2000).

The defendant is an Indian corporation with its principal place of business in Mumbai. (Doc. 1, ¶ 3). The plaintiff attempted service pursuant to the Hague Convention. (Doc. 7). This is a relatively complex form of service, and the Court cannot determine from the plaintiff's one-sentence treatment of the issue, (Doc.

11-1, ¶ 3), that its requirements have been met.[1] Accordingly, the application for entry of default, construed as a motion for such relief, is **denied** without prejudice to the plaintiff's ability to file a properly supported motion.

DONE and ORDERED this 2nd day of February, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff neither identifies the requirements of service under the Hague Convention nor explains how the documents to which it cites, (Doc. 8), establish that those requirements have been satisfied.